IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PEARL FRAZIER | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:09cv280-LG-RHW |
| | § | |
| MISSISSIPPI GULF COAST | § | |
| COMMUNITY COLLEGE | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker, [7] , the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [7] of Magistrate Judge Robert H. Walker, entered on October 14, 2009, be, and the same hereby is, adopted as the finding of this Court. The Complaint is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the day of 8th day of December, 2009.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge